## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LORNA FLEETWOOD          )
      Plaintiff,             )
                       )

v.                       ) Case No. GLR-23-2904
                       )

Cavalry SPV I, LLC        )
      Defendant.           )
                       )
                       )

---

## NOTICE OF DISMISSAL WITH PREJUDICE

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LORNA FLEETWOOD hereby provides notice of the voluntary dismissal of the above-captioned action against Defendant CAVALRY SPV I, LLC. with prejudice.

The Plaintiff, LORNA FLEETWOOD, voluntarily elects to dismiss the action against the Defendant, CAVALRY SPV I, LLC., with prejudice, effectively terminating this lawsuit. This dismissal is made by the Plaintiff without any condition or stipulation and is intended to serve as a final adjudication of the parties' dispute as set forth in the Complaint.

As this dismissal is with prejudice, it serves as a complete resolution of the matters alleged in the Complaint, and the Plaintiff is barred from bringing another action based on the same claim against the Defendant.

1

This Notice of Dismissal is filed before the Defendant has served either an answer or a motion for summary judgment, in compliance with the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No court fees or costs have been adjudicated or remain pending in relation to this dismissal, and no part of this dismissal is subject to any appeal, reconsideration, or further legal process.

WHEREFORE, Plaintiff LORNA FLEETWOOD respectfully requests that the Court acknowledge this Notice of Dismissal With Prejudice and issue an order confirming the dismissal of the case against Defendant CAVALRY SPV I, LLC. with prejudice.

*Lorna Fleetwood*    1/30/24

LORNA FLEETWOOD

2